## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ANGIENEL ASTACIO IRIZARY A/K/A/ : No. 106 EAL 2019
ANGIENEL ASTACIO VALDEZ, AND :
MOISES VALDEZ :
  : Petition for Allowance of Appeal from
  : the Order of the Superior Court
v. :
  :
  :
  :
M & R PROPERTY INVESTMENT & :
MANAGEMENT, LLC, MODESTA :
MOLINA AND ORLANDO RODRIGUEZ, :
MOHAMMAD QUADIR,MOHAMMAD :
ASHRA FUZZMAN, CITYWIDE :
COMMUNITY SERVICES; JOSE RUIZ :
  :
  :
PETITION OF: CITYWIDE COMMUNITY :
SERVICES, MODESTA MOLINA AND :
ORLANDO RODRIGUEZ :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of October, 2019, the Petition for Allowance of Appeal is

**DENIED**.